# Order

Michigan Supreme Court
Lansing, Michigan

May 2, 2016

151822

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 151822
                                       COA: 324906

JOHNNY LEE WILLIAMS,
      Defendant-Appellant.
                                       Wayne CC: 09-031564-FC

_____/

        On order of the Court, the application for leave to appeal the May 19, 2015 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D).





        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 2, 2016

Clerk

a0418